UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE THOMAS,

                Plaintiff,

-against-

DEUTSCHE BANK NATIONAL TRUST COMPANY,

                Defendant.

20-CV-6305 (CM)

CIVIL JUDGMENT

Pursuant to the order issued August 19, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under case number 20-CV-6024. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 19, 2020
         New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge